UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BEAU ASHLEY DERISE | CIVIL ACTION NO. 6:19-cv-01289 |
| VERSUS | JUDGE JUNEAU |
| ACADIAN AMBULANCE CORP. | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss (Rec. Doc. 4) that was filed by the defendant, Acadian Ambulance Service, Inc., is GRANTED, and the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 23rd day of December, 2019.

**MICHAEL J. JUNEAU**
**UNITED STATES DISTRICT JUDGE**